# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Curry,<br><br>            Plaintiff,<br><br>v.<br><br>PayTech Incorporated, et al.,<br><br>            Defendants. | No. CV-16-01322-PHX-DLR<br><br>**ORDER** |

The Court has reviewed the parties' Joint Motion to Approve Settlement Agreement and Dismiss Lawsuit with Prejudice. (Doc. 26.) For good cause shown,

**IT IS ORDERED** approving the Settlement Agreement and Release of All Claims attached as Exhibit 1 to the Joint Motion to Approve Settlement Agreement and Dismiss Lawsuit with Prejudice, as a fair and equitable resolution of this action.

**IT IS FURTHER ORDERED** dismissing this action, with Prejudice, each side to bear its, his or her own attorneys' fees, costs and expenses.

Dated this 7th day of February, 2017.

Douglas L. Rayes
United States District Judge